UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ISAAC GODWIN,

    Plaintiff,

v.                                          CASE NO.: 8:13-cv-1527-T-23EAJ

TECO ENERGY, et al.,

    Defendants.
_____/

**ORDER**

    The June 20, 2013, report and recommendation (Doc. 4) by Magistrate Judge Jenkins is **ADOPTED**. Construed as a motion to proceed *in forma pauperis*, the *pro se* plaintiff's "affidavit of indigency" (Doc. 2) is **DENIED WITHOUT PREJUDICE**. By **JULY 12, 2013**, the plaintiff must either (1) pay the filing fee or (2) renew the motion to proceed *in forma pauperis* and supplement the motion "with complete financial information."

    ORDERED in Tampa, Florida, on June 21, 2013.

                                                    STEVEN D. MERRYDAY
                                                    UNITED STATES DISTRICT JUDGE